# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| SCOTTIE TERRY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV409-161 |
| LARRY CHISOLM, District Attorney for Chatham County, individually and in his official capacity, | ) |
| Defendant. | ) |

## **REPORT AND RECOMMENDATION**

Scottie Terry has filed another form 42 U.S.C. § 1983 complaint that is substantively identical to the complaint he filed in *Terry v. Chisolm*, CV409-151, which this Court has dismissed without prejudice.[1]

---

[1] There the Court reasoned that,

> [s]ince Terry's claim challenges the legality of his confinement, it falls within the "core" of habeas corpus and thus may not be bought under § 1983. But before he can pursue federal habeas relief, he must first exhaust his state remedies. Here, Terry represents that there exists a state criminal proceeding against him. If he believes that his current pretrial detention is unlawful, he has an available state remedy, for Georgia law recognizes the right of a person "restrained under any pretext whatsoever . . . [to] seek a writ of habeas corpus to inquire into the legality of the restraint." O.C.G.A. § 9-14-1(a).

Doc. 8 at 4 (cites omitted).

*Id.* doc. 5. For the same reasons stated there, the Court should dismiss Terry's § 1983 complaint here, as it in substance presents the same claim dressed in more elaborate garb.[2]

**SO REPORTED AND RECOMMENDED** this <u>29th</u> day of October, 2009.

<u>s/ G.R. SMITH            </u>
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

---

[2] The Court otherwise **GRANTS** Terry's in forma pauperis petition. Doc. 2.