IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SCOTTIE TERRY,

    Plaintiff,

v.        CASE NO. CV409-161

LARRY CHISOLM, District
Attorney of the Eastern
Judicial Circuit,
Individually and in his
Official Capacity,

    Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 6). After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. The **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE**.

SO ORDERED this 30th day of November, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA